IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Newport News Division

FILED
IN OPEN COURT

MAY 10 2016

CLERK, U.S. DIST... ...RT
NEWP...

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:16CR 47 |
| v. ) | |
| LUIS ARMANDO LATORRE-ROMAN II, ) (Count 1) ) ) ) ) | 18 U.S.C. § 912 False Impersonation (Count One) |

INDICTMENT

May 2016 Term - At Newport News, Virginia

COUNT ONE

THE GRAND JURY CHARGES THAT:

On or about February 24, 2016, in James City County Virginia, within the Eastern District of Virginia, the defendant, LUIS ARMANDO LATORRE-ROMAN II, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security, and in such assumed and pretended character with intent to defraud did falsely seek leniency in the sentencing of T.S. in the Circuit Court of James City County.

(In violation of Title 18, United States Code, Section 912)

1

Sealed Pursuant to the
E-Government Act of 2002

UNITED STATES V. LUIS ARMANDO LATORRE-ROMAN II, 4:16CR __47__

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
(757) 591-4000